IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL LYNN HEARD**                                             **PLAINTIFF**

v.              **CASE NO. 4:21-CV-00336-BSM**

**CHRIS CARNAHAN,** *et al.*                                 **DEFENDANTS**

## **ORDER**

Four days after filing this case, Michael Heard filed a companion case in the Western District of Arkansas, which was transferred to this court and assigned to Judge Rudfsky and captioned *Heard v. Carnahan*, et al., No. 4:21-CV-343-LPR. The clerk is directed to consolidate that case into this one and to file all future pleadings herein. The clerk is also directed to terminate the pending motion in Case No. 4:21CV343 and docket it herein.

IT IS SO ORDERED this 28th day of May, 2021.

                                                           UNITED STATES DISTRICT JUDGE