**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL LYNN HEARD**                                                          **PLAINTIFF**

**v.**                            **CASE NO. 4:21-CV-00343-BSM**

**CHRIS CARNAHAN,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE